UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY MCGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MILPITAS POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  23-cv-02559-VKD<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 56 |

Plaintiff Anthony McGee asks the Court to seal any juvenile records filed in connection with this matter.  Dkt. No. 56.  Mr. McGee asserts that he makes this request pursuant to an order in a different matter by Magistrate Judge Thomas S. Hixson, who instructed Mr. McGee "to file a motion to seal the juvenile records Plaintiff believes were unlawfully disseminated, identifying the specific records by ECF number and, if applicable, page number of any such records."  *See McGee v. City of Hercules, et al.*, No. 23-cv-05161-TSH, Dkt. No. 69.  In this action, Mr. McGee identifies Dkt. Nos. 30-32, 34, 36, 43-49 as records containing sensitive information.  Dkt. No. 56 at 5-6.  Defendants oppose Mr. McGee's request, asserting that "[n]one of the documents submitted by Defendants in this action were plaintiff Anthony McGee's juvenile records" and that, in connection with their motion to dismiss, they "specifically sought to seal the 'information revealing the specific Penal Code section and nature of the offense that is the subject of Plaintiff Anthony McGee's juvenile adjudication as this information is protected from disclosure under state law . . . .'"  Dkt. No. 58 at 3-4.

After reviewing the docket entries cited by Mr. McGee, the Court agrees with defendants that the docket entries do not contain any excerpts of his juvenile records and that specific

information regarding the offenses identified in those records has been redacted already from the public docket. All other references to any juvenile proceeding are in the context of information publicly revealed in the complaint and elsewhere. The Court therefore determines that no further sealing is required and denies Mr. McGee's motion.

**IT IS SO ORDERED.**

Dated: August 13, 2025

Virginia K. DeMarchi
United States Magistrate Judge